| STATE OF INDIANA | ) | IN THE LAKE _____ COURT |
| --- | --- | --- |
| | )ss | |
| COUNTY OF LAKE | ) | SITTING IN _____ INDIANA |

| | | |
| --- | --- | --- |
| DANIELLE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO: 45C01-1903-CT-000313 |
| | ) | |
| SPEEDWAY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Comes now, Plaintiff Danielle Lewis by counsel Law Office of David Gladish, P.C. by David S. Gladish, Mark J. Schocke, and Douglas K. Walker and hereby asserts the following cause of action against the Defendant Speedway, LLC as follows:

1. Plaintiff Danielle Lewis is an adult resident of the Town of Dyer, Lake County, State of Indiana.

2. Defendant Speedway, LLC is a foreign limited liability company with its principal place of business located in the Village of Enon, Clark County, State of Ohio.

3. On or about February 11, 2019, Plaintiff was an invitee of Defendant Speedway, LLC in the Town of Dyer, Lake County, State of Indiana.

4. That Defendant owed the Plaintiff a duty of care which included providing safe ingress and egress while Plaintiff was on the Defendant's property.

5. That Defendant proceeded to breached the duty of care they owed to the Plaintiff by allowing a dangerous condition to exist on the property.

6. That as a direct and proximate result of the Defendant's negligence as aforesaid, the Plaintiff violently fell to the ground outside of the store resulting in severe personal injuries

requiring medical care and attention along with the incidental and consequential expenses involved therewith. That while the Plaintiff was convalescing from her injuries, she has lost time and earning from her employment and suffered emotional distress as well as loss of enjoyment of life.

WHEREFORE, Plaintiff Danielle Lewis respectfully requests judgment against the Defendant Speedway, LLC in an amount of money that will adequately compensate her for the injuries and damages she has sustained, continues to sustain, for costs of this action and for all other just and proper relief in the premises.

### JURY DEMAND

Plaintiff demands trial by jury.

/s/Mark J. Schocke
MARK J. SCHOCKE, #29746-45
Law Office of David Gladish, P.C.
3235 45th Street
Highland, IN 46322
(219) 838-1900
*Attorney for Plaintiff*

/s/ David Gladish
DAVID S. GLADISH, #18653-45
Law Office of David Gladish, P.C.
3235 45th Street
Highland, IN 46322
(219) 838-1900
*Attorney for Plaintiff*

/s/ Douglas K. Walker
DOUGLAS K. WALKER, #21418-45
Law Office of David Gladish, P.C.
3235 45th Street
Highland, IN 46322
(219) 838-1900
*Attorney for Plaintiff*